IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ABEL OCHOA, § | |
| *Plaintiff*, § | |
| § | No. 4:19-cv-04976 |
| § | Hon. Vanessa Gilmore |
| BRIAN COLLIER, et al., § | (Death Penalty Case) |
| *Defendants*. § | |

**DEFENDANTS' APPEARANCE OF COUNSEL**

This is a civil rights action initiated by Abel Ochoa, a death-sentenced Texas inmate. The undersigned attorney hereby enters this appearance of counsel on behalf of the Defendants and respectfully requests that all future pleadings, orders, and other correspondence be served on him at the address below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY MATEER
First Assistant Attorney General

MAKR PENLEY
Deputy Attorney General
   for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

\* Attorney-in-charge

/s/ Stephen M. Hoffman
\*STEPHEN M. HOFFMAN
Assistant Attorney General
Texas Bar No. 24048978
Southern District Bar No. 602073
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Tel: (512) 936-1400
Fax: (512) 320-8132
Email: Stephen.Hoffman@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 2nd day of January, 2020, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the following attorneys:

Jeremy Don Schepers & Derek Vanhagen
Federal Public Defender
525 S. Griffin St., Ste. 629
Dallas, TX 75202
Email: jeremy_schepers@fd.org & derek_verhagen@fd.org

                                                  /s/ Stephen M. Hoffman
                                                  STEPHEN M. HOFFMAN
                                                  Assistant Attorney General