IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
January 07, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| ABEL REVILLA OCHOA, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-19-4976 |
| BRYAN COLLIER, et al., | § § § | |
| Defendants. | § | |

## ORDER

Plaintiff Abel Revilla Ochoa has filed a motion requesting permission to proceed *in forma pauperis*. (Docket Entry No. 2). Having considered the motion, that request is **GRANTED**.

The Clerk is directed to provide copies of this order to the parties.

SIGNED at Houston, Texas on __Jan. 7__, 2020.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE