IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| ABEL OCHOA, | § | |
|---|---|---|
| *Plaintiff*, | § | |
| | § | No. 4:19-cv-04976 |
| | § | Hon. Vanessa Gilmore |
| BRIAN COLLIER, et al., | § | (Death Penalty Case) |
| *Defendants*. | § | |

**JOINT ADVISORY**

This is a civil rights action initiated by Abel Ochoa, a death-sentenced Texas inmate scheduled for execution on February 6, 2020. On January 7, 2020, the Court held a telephonic conference and subsequently ordered that the parties "submit an agreed order for the Court[']s signature" or "submit an agreed resolution regarding the video interview" by the end of the day on January 9, 2020. *See* ECF Minute Entry (Jan. 7, 2020). The parties now jointly advise that they have conferred and reached an agreed resolution regarding the video interview in lieu of an order. Pursuant to the agreement, one attorney (Derek VerHagen) and the TDCJ-approved videographer listed in Ochoa's complaint (Doug Passon) will be present for the interview. The TDCJ will permit the attorney and the videographer to enter the prison for the video interview on Monday, January 13, 2020, at 8:00 AM. The videographer's equipment will include a video camera, tripod, wireless microphone set and backup set, a light, and backup batteries for the camera and light. These

devices are not connected to the internet. The prison will provide a suitable, quiet location for the attorney-client visit with Mr. Ochoa. This is a non-contact visit and Mr. Ochoa will remain behind protective glass.

The parties have also independently discussed the remaining matters pertaining to this lawsuit. Mr. Ochoa's attorneys have agreed to suggest specific proposed revisions to TDCJ policies by next week, which the Defendants' attorneys have then agreed to review with prison officials.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY MATEER
First Assistant Attorney General

MAKR PENLEY
Deputy Attorney General
   for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

/s/ Stephen M. Hoffman
\* Attorney-in-charge     *STEPHEN M. HOFFMAN
Assistant Attorney General
Texas Bar No. 24048978
Southern District Bar No. 602073
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Tel: (512) 936-1400
Fax: (512) 320-8132
Email: Stephen.Hoffman@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF CONFERENCE**

I do hereby certify that Derek VerHagen, Esq., was contacted by email on January 9, 2020, and indicated that he had no objection the above agreement/advisory.

    /s/ Stephen M. Hoffman
STEPHEN M. HOFFMAN
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 9th day of January, 2020, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the following attorneys:

Jeremy Don Schepers & Derek VerHagen
Federal Public Defender
525 S. Griffin St., Ste. 629
Dallas, TX 75202
Email: jeremy_schepers@fd.org & derek_verhagen@fd.org

    /s/ Stephen M. Hoffman
STEPHEN M. HOFFMAN
Assistant Attorney General